UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JAN - 5 2017
CLERK'S OFFICE
FLINT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-4, JOSE JUAREZ,

    Defendant.

CRIMINAL NO. 15-20515
HONORABLE TERRENCE G. BERG

_____/

## ORDER FOR TRAVEL EXPENSES

The Court has scheduled a final pretrial conference for January 26, 2017 at 2:00 p.m., and a jury trial for January 30, 2017 at which the defendant is required to appear in person. Therefore,

IT IS HEREBY ORDERED that the United States Marshal shall arrange Defendant Juarez's non-custodial round-trip transportation from his home in Highland, California, to Flint, Michigan so that he may appear for pretrial proceedings and trial. Travel arrangements should be made for defendant to arrive in Flint no later than January 19, 2017 so he may participate in pretrial preparation with his attorney.

The Marshal shall arrange for defendant's return to California following the trial, as necessary, and as further ordered by this Court.

SO ORDERED.

/s/ Terrence Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:   January 5, 2017
         Flint, Michigan